MURGUIA, Circuit Judge,
concurring in part, and concurring in the result:
I agree with the majority’s analysis of the merits of Budziak’s appeal, but write separately because I do not believe that the merits are before us. Budziak seeks discovery of the EP2P source code to support an argument that the Government seized child pornography images from his computer in violation of the Fourth Amendment. But because Budziak stipulated to the elements of the offense of possessing child pornography, that stipulation alone would be sufficient to support the possession conviction even if Budziak succeeded in suppressing all evidence seized from his computer. Budziak’s appeal therefore is moot. See United States v. Larson, 302 F.3d 1016, 1019-20 (9th Cir.2002). I would dismiss for lack of jurisdiction.
Although this is not a sufficiency-of-the evidence case, neither was Larson. Budz-iak’s stipulation renders this appeal moot for the same reason as did the stipulation in Larson — even if all evidence of the charged crime is suppressed, a stipulation to the elements of that crime is sufficient on its own to support a conviction. See 302 F.3d at 1019-20.